# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KIMBERLY DEPRIEST

VERSUS

STATE OF LOUISIANA, THROUGH
THE LOUISIANA WORKFORCE
COMMISSION, SHERAL KELLAR
AND COREY GAINES

NO.  2021 CW 0258

**MAY 20, 2021**

---

In Re:    Sheral   Kellar   and   Corey   Gaines,   applying   for
supervisory   writs,   19th   Judicial   District   Court,
Parish of East Baton Rouge, No. 675424.

---

**BEFORE:    THERIOT, WOLFE, AND HESTER, JJ.**

**WRIT GRANTED.** The portion of the district court's November 16, 2020 judgment, which denied defendants/relators, Sheral Kellar and Corey Gaines', Partial Exception of No Cause of Action as to plaintiff/respondent, Kimberly DePriest's, cause of action for prospective injunctive relief to prohibit loss of promotional opportunities, is reversed. "The ADEA 'provides no basis for individual liability for supervisory employees.'" **Medina v. Ramsey Steel Co., Inc.,** 238 F.3d 674, 686 (5th Cir. 2001), _citing_, **Stults v. Conoco, Inc.,** 76 F.3d 651, 655 (5th Cir. 1996). Furthermore, DePriest does not meet the criteria of a "contractor, subcontractor, grantee, or subgrantee" under 41 U.S.C. 4712(a)(1), under which DePriest may be protected from retaliatory discrimination under the National Defense Authorization Act. Accordingly, the portion of the district court's judgment which denied Sheral Kellar and Corey Gaines' Partial Exception of No Cause action concerning DePriest's claim for prospective injunctive relief is granted, and DePriest's claims against them are dismissed.

**MRT**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT